Stephen C. Tedesco, Bar No. 130325
stedesco@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Plaintiff
MODIS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODIS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW CHUMMERS, EMBEDDED RESOURCE GROUP, INC., and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 10-CV-05332-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REMAND** |

Plaintiff MODIS, INC. ("Plaintiff") and Defendants MATTHEW CHUMMERS and EMBEDDED RESOURCE GROUP, INC. (collectively "Defendants"), by and through their attorneys of record, hereby stipulate and agree as follows:

**WHEREAS** Plaintiff commenced this action in the Superior Court of California in the County of San Francisco ("State Court") as Case Number CGC-10-504777 on October 21, 2010 ("State Court Action"); and

**WHEREAS** Defendant Embedded Resource Group, Inc. was at the time the State Court Action was commenced and at the time of removal, incorporated in the State of California with its principal place of business in the State of California; and

**WHEREAS** Defendant Matthew Chummers was at the time the State Court Action

was commenced and at the time of removal, a resident and citizen of the State of California; and

**WHEREAS** Defendants removed this action to this Court on November 24, 2010 on the basis that diversity jurisdiction existed; and

**NOW THEREFORE,**

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. That, the parties agree to remand this case to State Court for further proceedings; and

2. That any court hearings and pending deadlines are taken off calendar in this Court.

Dated: December 22, 2010

/s/ Stephen Tedesco
STEPHEN C. TEDESCO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Plaintiff
MODIS, INC.

Dated: December 22, 2010

/s/ Charles Jung
CHARLES H. JUNG
NASSIRI & JUNG LLP
Attorneys for Defendants
EMBEDDED RESOURCE GROUP, INC. and
MATTHEW CHUMMERS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER FOR REMAND    2.    Case No. 10-CV-05332-MEJ

**ORDER**

IT IS SO ORDERED.

January 7, 2011
Dated: ~~December~~ ___, ~~2010~~

_____
HON. MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT

Firmwide:99230960.1 004544.1179

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER FOR REMAND    3.    Case No. 10-CV-05332-MEJ